IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Spoon, Samantha M

Printed: 10/29/08

Case Number: 08 B 12146
Judge: Squires, John H
Filed: 5/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: October 28, 2008
Confirmed: July 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,613.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,508.15 |
| Trustee Fee: |  | 104.85 |
| Other Funds: |  | 0.00 |
| Totals: | 1,613.00 | 1,613.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 1,508.15 |
| 2. | Chase Manhattan | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 31,722.60 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 453.91 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 1,726.99 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 529.46 | 0.00 |
| 7. | Payday Loan | Unsecured | 1,538.10 | 0.00 |
| 8. | The Children House. | Unsecured | 1,081.00 | 0.00 |
| 9. | Nicor Gas | Unsecured | 1,110.40 | 0.00 |
| 10. | Honor Finance | Secured | | No Claim Filed |
| 11. | Guaranty Bank | Unsecured | | No Claim Filed |
| 12. | Check N Go | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | TRS Recovery Services Inc | Unsecured | | No Claim Filed |
| 15. | I C Systems Inc | Unsecured | | No Claim Filed |
| 16. | Honor Finance | Unsecured | | No Claim Filed |
| 17. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 18. | Provida Life Sciences | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 41,586.46 | $ 1,508.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 104.85 |
| | $ 104.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Spoon, Samantha M | Case Number:  08 B 12146 |
| | Judge:  Squires, John H |
| Printed: 10/29/08 | Filed:  5/13/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

